DANIEL N. BALLARD, ESQ. (CA SB #219223) (*pro hac vice*)
MICHELLE L. SAMONEK, ESQ. (CA SB #216001) (*pro hac vice*)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.3249

BARRY L. BRESLOW, ESQ. (NSB #3023)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503
Phone: 775.329.3151
Fax:   775.329.7941

Attorneys for Defendants and Counterclaimants
Dorothy Tovar and Adrenaline Sports, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R & R PARTNERS, a Nevada Corporation, and the LAS VEGAS CONVENTION AND VISITORS AUTHORITY,<br><br>            Plaintiffs,<br><br>v.<br><br>DOROTHY TOVAR, an individual, and ADRENALINE SPORTS, INC.,<br><br>            Defendants,<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-N-04-0145-LRH(PAL)<br><br>**DECLARATION OF DOROTHY TOVAR IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT** |

I, Dorothy Tovar declare as follows:

1. I make this declaration based on events of which of I have personal knowledge. If called as a witness, I would be willing and able to testify to the following facts.

2. I started working for Adrenaline Sports, Inc. in 1997 as a sales representative. In 1998, I bought into the company and became one of its owners. I decided at that time that I wanted to create a women's line of clothing and worked on creating the current Get it Wet and Pure

Pleasures lines.

3. In 1997, I attended a MAGIC clothing industry tradeshow in Las Vegas, Nevada with my business partners and a graphic/clothing designer. It was approximately at that time that I first heard the phrase "What Happens In Vegas Stays In Vegas." On the trip, as well as trips thereafter, we used the phrase "What Happens In Vegas Stays In Vegas" among ourselves. I used the phrase routinely, beginning in 1997, when returning from tradeshows and answering inquires from friends and families about what happened while in Las Vegas. Using the phrase was a quick, catchy way to answer their questions without going into the details about the trip.

4. While attending the MAGIC clothing industry tradeshows, I decided that the "What Happens In Vegas Stays In Vegas" phrase could be used to create a clothing line. During the summer of 2002, I approached my business partner, Dennis Roediger, regarding the idea. Mr. Roediger didn't think it was an appropriate time to start investing the company's time and money into an additional product line and suggested that we focus selling our existing products.

5. In February 2003 I decided that I was going to create a "What Happens In Vegas Stays In Vegas" clothing line regardless of Mr. Roediger's opinion.

6. I had experience in the clothing business and in applying for trademark registrations and knew the steps to take to protect the "What Happens In Vegas Stays In Vegas" slogan. I filed a federal trademark application in February of 2003 without informing Mr. Roediger. I had not heard the phrase "What Happens Here Stays Here" before I filed my trademark applications.

7. After filing the application, I began designing the clothing line. I worked on picking out different fonts for the slogan and the garments to use. I continued to use my current screen printer. The design process took some time but by April of 2003 we were ready to sell a handful of products. At that time I started marketing the clothing line, including to some of the major Las Vegas hotels, casinos, and specialty boutiques.

8. When marketing the line, I wrote letters to the buyers of these retail stores to introduce the company, to inform them that I owned the Nevada State trademark registration, as well as had pending federal registrations for the "What Happens In Vegas Stays In Vegas" slogan. With that letter I also provided either an image or a sample product. No one ever questioned whether I

FROM : ADRENALINE SPORTS INC    FAX NO. :5306776625    Feb. 27 2006 11:42AM P2
02/27/06  11:31 FAX 916 444 3249    MH&A    ☑004

was associated with the Las Vegas Convention and Visitors Authority.

9. I own several domain names that offer various products, including the "What Happens In Vegas Stays In Vegas" clothing line. These domain names are:

PurePleasure.net / .ws

WhatHappensInVegasStaysInVegas.com / .net /

WhatHappensInVegas.net /.info /.biz

10. Sales of the "What Happens In Vegas Stays In Vegas" clothing line from the websites have been minimal. The majority of the sales are to wholesale buyers who offer the products for resale. In 2004, Adrenaline Sports, Inc.'s total gross sales were $174,429.00. Of that amount, $174,152.00 was sales to wholesalers for resale. As these amounts indicate, the total taxable transactions through the websites were minimal. A true and copy of Adrenaline Sports, Inc.'s Sales and Use Tax Return filed with the State of California Board of Equalization for 2004 is attached hereto as Exhibit A.

11. I previously created various products using parody slogans, all of which are offered mainly on strap tanks and for direct sale via the websites. It is very clear these tanks are meant to be parodies of various people, music and old movies that have heavily inspired my creation of these slogans.

12. My latest idea is for a "What Happens At Spring Break Stays At Spring Break" clothing line. Like with "What Happens In Vegas Stays In Vegas," I filed a federal trademark application for the slogan in March of 2003. We anticipate we will be able to get this clothing line to retailers before Spring Break 2007.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on February 27, 2006, at Folsom, California.

Dorothy Tovar

# EXHIBIT A

*DENNIS MCLEOD UA MON 931/1515*

| BOE-401-EZ (S1F) REV. 25 (1-03) | 3321 POWER ROAD, SUITE 210 SACRAMENTO CA 95826-3889 | | | STATE OF CALIFORNIA BOARD OF EQUALIZATION |
|---|---|---|---|---|

**FILE**

**SHORT FORM – SALES and USE TAX RETURN**

**DUE ON OR BEFORE** Jan 31, 2005 for Year – Jan through Dec 2004        4204

[ FOID 15-819-084 ] 7     SR   KH   YOUR ACCOUNT NO. 97-828732   3

Mail To:
BEZ
BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO CA 94279-8002

3450 PALMER DR # 4-2, CAMERON PARK
ADRENALINE SPORTS, INC.
5541 RALSTON WAY
PLACERVILLE CA  95667

| BOARD USE ONLY | | |
|---|---|---|
| RA-TT | LOC | REG |
| RA-BYR | AACS | |
| EFF | | |
| 09998-000-0000 | | |
| 01/99 | | |
| RT-EZ | | |
| 002 | | |

If the above information is incorrect or your business has changed, please call us at:   916-227-6700

**Would you like to e-file or pay by credit card?**
Please read the instructions on the back before completing the return. If you have deductions other than those listed on lines 4 through 9, you cannot use this return. To obtain a copy of the proper return, please contact our Information Center at 800-400-7115.

PLEASE ROUND CENTS TO THE NEAREST WHOLE DOLLAR

|   |   |   |   |
|---|---|---|---|
| REC NO | 1 Total (gross) sales | 1 | $ 174,429 .00 |
| | 2 Purchases subject to use tax | 2 | 0 .00 |
| | 3 Total (add lines 1 and 2) | 3 | 174,429 .00 |
| | 4 Sales to other retailers for resale   4  60 | $ 174,152 .00 | |
| | 5 Nontaxable sales of food products  5  61 | .00 | |
| | 6 Nontaxable labor (repair and installation)  6  62 | .00 | |
| | 7 Sales to the United States Government  7  63 | .00 | |
| | 8 Sales in interstate or foreign commerce  8  64 | 177 .00 | |
| | 9 Sales tax (if any) included in line 1  9  55 | .00 | |
| | 10 Total of exempt transactions (add lines 4 through 9) | 10 | 174,329 .00 |
| PM | 11 Taxable transactions (subtract line 10 from line 3) | 11 | 100 .00 |
| | 12 Total sales and use tax [multiply line 11 by 7.250%(.07250)] | 12 | 7 .00 |
| | 13 Penalty (multiply line 12 by 10% (.10) if payment is made, or your tax return is filed, after the due date shown above) | PENALTY 13 | — .00 |
| | 14 Interest. One month's interest is due on tax for each month or fraction of a month that payment is delayed after the due date. The adjusted monthly interest rate is .00583 (7% divided by 12). | INTEREST 14 | — .00 |
| RE | 15 Total amount due and payable [add lines 12, 13 and 14] | 15 | $ 7 .00 |

IF YOU PAID BY CREDIT CARD AS DESCRIBED IN THE RETURN INSTRUCTIONS, CHECK HERE [ ]

I hereby certify that this return, including any accompanying schedules and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete return.

| YOUR SIGNATURE AND TITLE | | TELEPHONE NUMBER | DATE 1/31/05 |
|---|---|---|---|
| PAID PREPARER'S USE ONLY | PAID PREPARER'S NAME | PAID PREPARER'S TELEPHONE NUMBER 530 677-1350 | SEZ |

Make a copy for your records.