

1  DANIEL N. BALLARD, ESQ. (CA SB #219223) (*pro hac vice*)
   MICHELLE L. SAMONEK, ESQ. (CA SB #216001) (*pro hac vice*)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.3249
5
   BARRY L. BRESLOW, ESQ. (NSB #3023)
6  ROBISON, BELAUSTEGUI, SHARP & LOW
   71 Washington Street
7  Reno, NV  89503
   Phone: 775.329.3151
8  Fax:    775.329.7941

9  Attorneys for Defendants and Counterclaimants
   Dorothy Tovar and Adrenaline Sports, Inc.
10

11                    IN THE UNITED STATES DISTRICT COURT

12                           DISTRICT OF NEVADA

13

14 | R & R PARTNERS, a Nevada Corporation,     )
   | and the LAS VEGAS CONVENTION AND          )   Case No. CV-N-04-0145-LRH(PAL)
15 | VISITORS AUTHORITY,                       )
   |                                           )
16 |                     Plaintiffs,           )   **REQUEST FOR JUDICIAL NOTICE IN**
   |                                           )   **SUPPORT OF DEFENDANTS' REPLY TO**
17 |        v.                                 )   **MOTION FOR SUMMARY JUDGMENT**
   |                                           )
18 | DOROTHY TOVAR, an individual, and         )
   | ADRENALINE SPORTS, INC.,                  )
19 |                                           )
   |                     Defendants,           )
20 |                                           )
   |                                           )
21 | AND RELATED COUNTERCLAIMS                 )
   |                                           )
22

23        Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants and Counterclaimants

24 DOROTHY TOVAR and ADRENALINE SPORTS, INC. (collectively "Tovar") hereby request that

25 the Court take judicial notice of the documents described below.  This Request is made in

26 conjunction with Tovar's Reply to Defendant's Motion for Summary Judgment.  In that Motion,

27 Tovar cites to documents from publicly-available sources that are proper subjects of judicial notice.

28 True and correct copies of these documents are attached to the accompanying Declaration of Daniel

-1-

N. Ballard In Support of Defendants' Motion for Summary Judgment ("Third Ballard Declaration") filed herewith.

A request for judicial notice is governed by Federal Rules of Evidence 201. Under Rule 201(d), the Court may take judicial notice of a matter if a party requests it and supplies the Court with sufficient information. Fed. R. Evid. 201(d). Matters that are a proper subject for judicial notice are defined in Rule 201(b), which permit the Court to judicially notice facts that are not subject to reasonable dispute in that they (1) are generally known within the territorial jurisdiction of the trial court or (2) are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *Id.*

The documents and information Tovar seeks judicial notice of are not subject to reasonable dispute and can be determined by resort to accurate sources, as shown below, and are thus a proper subject of judicial notice.

**I.     WEBSITES**

A district court may take judicial notice of a thing in the common knowledge and use of the people throughout the country. *Brown v. Piper,* 91 U.S. 37 (1875).

Therefore, Tovar requests that the Court take judicial notice of the following documents, true and correct copies of which are attached to the accompanying Third Declaration by Daniel N. Ballard:

1.     **Exhibit 1**, a true and correct copy of a printout of the National Trust for Historic Preservation's 50th Anniversary Remarks by First Lady Hillary Rodham Clinton, held on October 21, 1999, at the National Building Museum in Washington, D.C., available at http://clinton4nara.gov/WH/WOP/First_Lady/html/generalspeeches/1999/1999102.html.

2.     **Exhibit 2**, a true and correct copy of a printout of an article featured in Volume 98, Issue 6 of The Peak, (Simon Fraser University's Student Newspaper located in Burnaby, British Columbia) entitled "Goldfinger gives punk the Midas touch," dated February 16, 1998, and available at www.peak.sfu.ca/the-peak/98-1/issue6/goldfinger.html.

3.     **Exhibit 3**, a true and correct copy of a printout of an article entitled "Motley Crue: The Dirt - Review By Todd Kerns," dated August 17, 2001 and available at



-2-

1  www.chartattack.com/DAMN/2001/08/1705.cfm.

2      4.    **Exhibit 4**, a true and correct copy of a printout of Theta Chi of Penn State, Inc.'s Alumni Corner website featuring Shane Balcik, a 1991 Theta Chi Alumni, available at www.thetachiomega.com/alumnicorner/sbalcik.html.

    5.    **Exhibit 5**, a true and correct copy of a book review featured in the Los Angeles Times, of "Wanderlust: Erogenous Zones An Anthology of Sex Abroad: Edited and With An Introduction By Lucretia Stewart," dated June 25, 2000, available through a Lexis-Nexis, US Newspapers and Wires database search.

    6.    **Exhibit 6**, a true and correct copy of a printout of an article featured in the St. Petersburg Times on October 21, 2001, entitled "Yankees Employee Queried in Sex Case," available through a Lexis-Nexis, US Newspapers and Wires database search.

    7.    **Exhibit 7**, a true and correct copy of a printout of Will Rosellini's Journal dated October 1, 2000, featured on the BaseballAmerica website, available at www.baseballamerica.com/today/features/journals/rosellini1001.html.

    8.    **Exhibit 8**, a true and correct copy of a printout of an article featured in The San Francisco Chronicle, entitled "The No-Blush Exploits Of a War Photographer," dated March 14, 2001 by Kim Komenich, available through a Lexis-Nexis, US Newspapers and Wires database search.

    9.    **Exhibit 9**, a true and correct copy of a printout of an article featured in the Los Angeles Times, Ventura County Edition, entitled "For the Kids; Healing Help; Youngsters Praised As They Gain Insight and a Head Start on Medical Careers in their Work as Junior Volunteers at a Number of Hospitals," dated August 27, 1992 by Jane Husle, available through a Lexis-Nexis, US Newspapers and Wires database search.

    10.    **Exhibit 10**, a true and correct copy of a printout of an article featured in The Post-Standard (Syracuse, NY), entitled "A Letter Carrier Gives Up North Side Beat" by Dick Case, dated June 18, 1993, available through a Lexis-Nexis, US Newspapers and Wires database search.

    11.    **Exhibit 11**, a true and correct copy of a printout of an article featured in The Herald (Rock Hills, SC) entitled "Broncos Find Use for Ex-Panthers," dated September 9, 2001, by Darin


McDonough Holland & Allen PC
Attorneys at Law

1  Gantt, available through a Lexis-Nexis, US Newspapers and Wires database search.

2  DATED: March 21, 2006

3                                                    McDONOUGH HOLLAND & ALLEN PC
                                                     Attorneys at Law

6                                                    By: /s/ Daniel N. Ballard
                                                          DANIEL N. BALLARD

7  Attorneys for Defendants and Counterclaimants
   Dorothy Tovar and Adrenaline Sports, Inc.